In the Matter of the Final Accounting of SAMUEL W. PERRY, Deceased, Assignee, etc., by REBECCA V. PERRY et al., as Executors, etc., Respondents, *v.* ALEXANDER FRASER et al., Appellants.

(Argued March 11, 1889; decided March 19, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 15, 1887, which affirmed a decree of the county judge of Chemung county upon a final accounting by plaintiffs, as executors of a deceased general assignee.

*Roswell R. Moss* for appellants.

*Gabriel L. Smith* for respondents.

Agree to affirm on opinion of court below.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.

---

LEBBEUS B. WARD, Respondent, *v.* THE NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, Appellant.

(Argued March 11, 1889; decided March 19, 1889.)

APPEAL from judgment of the General Term of the Supreme Court, entered upon an order which affirmed a judgment in favor of plaintiff, entered on a verdict directed by the court.

*Leon Abbett* for respondent.

Judgment affirmed by default, with ten per cent on the amount of original judgment as damages by way of costs.
All concur.
Ordered accordingly.